

# IN THE
# TENTH COURT OF APPEALS

---

### No. 10-16-00299-CV

## IN THE INTEREST OF E.O., A CHILD

---

### From the 85th District Court
### Brazos County, Texas
### Trial Court No. 15-001044-CV-85

---

## ORDER REQUESTING A RESPONSE

---

On September 28, 2016, this appeal was referred to mediation. We have received an objection to the referral from the Department of Family and Protective Services. The Department is concerned that appellant wishes to mediate only to be able to place the child, E.O., with appellant's mother. Because the trial court rejected placing E.O. with appellant's mother, the Department believes mediation to achieve this result would be "fruitless."

We have no indication from appellant that the placement of E.O. with appellant's mother is the objective of mediation. Accordingly, a response is requested from appellant to the Department's objection within 14 days from the date of this order.

PER CURIAM

Before Chief Justice Gray,
          Justice Davis, and
          Justice Scoggins
Response requested
Order issued and filed October 19, 2016